UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHAPMAN, ROBERT ANTHONY | ) | CASE NO. 09-14388 |
| | ) | CHAPTER 7 |
| Debtor | ) | |

**NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00**

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| Asset Acceptance LLC / AT&T | $4.43 |
| Med One Urgent Care | $3.63 |
| St. John's Health System | $0.06 |
| HSBC Bank Nevada, N.A. | $4.83 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $12.95 for the use and benefit of the parties set forth herein.

Submitted this 27 day of August, 2010.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 27 day of August, 2010 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
Asset Acceptance LLC / Assignee / AT&T, P.O. Box 2036, Warren, MI 48090
Med One Urgent Care, 922 Meridian Plaza, Anderson, IN 46016-1748
St. John's Health System, P.O. Box 1156, Anderson, IN 46015
HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712


                                                    /s/ Angela R. Lee
                                                  Angela R. Lee